**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00036-CV

### SEIKILOS HOLDINGS, LLC, SEIKILOS FX STUDIOS, LLC, JOHN C. GOLFIS AND JULIE NGUYEN, Appellants

### V.

### EDWARD "LANNY" HOULLION, INDIVIDUALLY AND AS GENERAL PARTNER OF HOULLION FAMILY, LP AND HOULLION FAMILY, LP, Appellees

s

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-13053

## ORDER

Before the Court is appellants' July 6, 2015 third motion for an extension of time to provide this Court with the name, State Bar number, address, and telephone number of new counsel. We consider the motion only as to individual appellants John C. Golfis and Julie Nguyen because the corporate appellants cannot appear before this Court without counsel. *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam).

We **GRANT** the motion and extend the time to **AUGUST 31, 2015**. No further extension of time will be granted. Failure to provide the information by **AUGUST 31, 2015** will result in dismissal of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal without further notice.

/s/     ELIZABETH LANG-MIERS
        JUSTICE